# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-3111
_____

DAVID LEMON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Clay County.
Don H. Lester, Judge.

September 6, 2022

PER CURIAM.

AFFIRMED.

LEWIS, OSTERHAUS, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant; David Lemon, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.